# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Brian Hunt

                     Plaintiff,

v.                                                       Case No.: 1:19−cv−01088
                                                              Honorable Mary M. Rowland

City Of Chicago, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: David L. Farr's motion for leave to withdraw as attorney for Defendant Kallatt Mohammed [33] is granted. No appearance necessary on 10/17/19. Attorney David Leonard Farr terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.